IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA,          ]<br>                                                          ]<br>            Plaintiff,                         ]<br>                                                          ]<br>v.                                                     ]<br>                                                          ]<br>JAMES F. JOHNSON, JR.,            ]<br>NAN D. JOHNSON and               ]<br>COUNTY TREASURER for         ]<br>    WARREN COUNTY,                  ]<br>                                                          ]<br>            Defendants.                    ] | Case No.  00-cv-607<br><br>Judge Spiegel |

**UNITED STATES' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Please enter the appearance of Matthew Von Schuch, Trial Attorney, Tax Division, United States Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, DC 20044, as attorney for the United States in the above-captioned proceeding.  This appearance is in substitution of Stephen A. Sherman who should no longer receive notice in this case.

                                                                                     Respectfully submitted,

                                                                                     GREGORY G. LOCKHART<br>
                                                                                     United States Attorney

                                                                                     /s Matthew Von Schuch<br>
                                                                                     MATTHEW VON SCHUCH<br>
                                                                                     Trial Attorney, Tax Division<br>
                                                                                     U.S. Department of Justice<br>
                                                                                     Post Office Box 55<br>
                                                                                     Ben Franklin Station<br>
                                                                                     Washington, D.C.  20044<br>
                                                                                     Telephone: (202) 307-6565

3146411.1

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing UNITED STATES' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 31st day of March, 2008:

Bruce A. McGary
Assistant Prosecutor
Warren County
500 Justice Drive
Lebanon, Ohio 45036

James Johnson, Jr.
10 Oakwood Avenue
Lebanon, Ohio 45036

Nan Johnson
10 Oakwood Avenue
Lebanon, Ohio 4503

/s Matthew Von Schuch
MATTHEW VON SCHUCH
Trial Attorney, Tax Division
U.S. Department of Justice

3146411.1