IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| ] | |
|     Plaintiff, ] | |
| ] | Case No. 00-cv-607 |
| v. ] | |
| ] | Judge Spiegel |
| JAMES F. JOHNSON, JR., ] | |
| NAN D. JOHNSON and ] | |
| COUNTY TREASURER for ] | |
|    WARREN COUNTY, ] | |
| ] | |
|     Defendants. ] | |

**UNITED STATES' MOTION AND SUPPORTING MEMORANDUM
OF LAW FOR AN AMENDED JUDGMENT AND ORDER OF
FORECLOSURE AND SALE**

The United States, by its attorneys, hereby requests that the Court issue an Amended Judgment and Order of Foreclosure of Sale. The government seeks only to change the location for the sale of the property. Presently, the Court's order provides that the property shall be sold in Hamilton County, Ohio. However, the property is actually located in Warren County, Ohio. Section 2001 of Title 28 of the United States Code provides that the property is required to be sold at the courthouse of the county, parish or city in which the property is located. Accordingly, the Court's order should be amended so that it provides that the property shall be sold in Warren County.

3146406.1

A copy of the proposed amended order accompanies this motion.

                                                  Respectfully submitted,

                                                  GREGORY G. LOCKHART
                                                  United States Attorney

                                                  /s Matthew Von Schuch
                                                  MATTHEW VON SCHUCH
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 55
                                                  Ben Franklin Station
                                                  Washington, D.C.  20044
                                                  Telephone: (202) 307-6565
                                                  Fax: (202) 514-5238
                                                  Email: Matthew.Von.Schuch@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing has this 31st day of March 2008 been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Bruce A. McGary
Assistant Prosecutor
Warren County
500 Justice Drive
Lebanon, Ohio 45036

James Johnson, Jr.
10 Oakwood Avenue
Lebanon, Ohio 45036

Nan Johnson
10 Oakwood Avenue
Lebanon, Ohio 4503

/s Matthew Von Schuch
MATTHEW VON SCHUCH
Trial Attorney, Tax Division
U.S. Department of Justice